# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00418-CV

### In re Nicholas Xenos

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Nicholas Xenos's petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   July 29, 2009